# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

INTER-MED INC.,

      Plaintiff,

      v.                              Case No. 09-C-383

ASI MEDICAL INC.,
and JOHN MCPEEK,

      Defendants.

## ORDER

On July 20, 2010, this court conducted a telephone status conference. The plaintiff appeared by Attorneys Patrick J. Fleis and Joseph Kromholz, and the defendants appeared by Attorneys Adam Brookman and Erin Fay. During the discussion at the conference, the court orally granted defendant John McPeek's motion to dismiss the complaint against him for lack of personal jurisdiction and for improper venue. This order memorializes the court's oral ruling.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that defendant John McPeek's motion to dismiss for lack of personal jurisdiction and improper venue be **granted**. (Docket # 31). A written decision on the motion will be forthcoming.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2010.

BY THE COURT:

s/Patricia J. Gorence

PATRICIA J. GORENCE
United States Magistrate Judge

P:\Transfer\PJG\Inter-Med vs ASI Medical 09C383 Order.wpd